**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CONNIE M. FICKEL, SB# 210286
  E-Mail: Connie.Fickel@lewisbrisbois.com
DAVID M. FLORENCE, SB# 242857
  E-mail: David.Florence@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant Ward Damon, PL
(erroneously sued as Ward Damon Posner Pheterson and Bleau, PL)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENWAY NUTRIENTS, INC., a Colorado Corporation, and GUSTAVO ESCAMILLA<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN MARK PIERCE, an individual; PIERCE BAINBRIDGE, PC, a California professional corporation; WARD DAMON POSNER PHETERSON AND BLEAU, P.L., a Florida limited liability company; PRAVATI CAPITAL, LLC, a Delaware limited liability company; IAN ABAIE, an individual; ALEX CHUCRI, an individual; VIRAGE MASTER LP, a Delaware limited partnership; VIRAGE SPV-I LLC, a Delaware limited liability company; and DOES 1-25, inclusive,<br><br>Defendants | CASE NO. 2:22-cv-3322<br><br>**NOTICE OF FILING NOTICE OF REMOVAL TO ADVERSE PARTY** |

TO ALL PARTIES AND THEIR COUNSEL:

  PLEASE TAKE NOTICE under the provisions of 28 U.S.C. §§ 1332, 1441, and 1446 that on May 16, 2022, Defendant Ward Damon, erroneously sued as Ward Damon Posner Pheterson and Bleau, P.L., filed with the Clerk of the Court at the United States Courthouse, Central District of California, located at 350 W 1st Street,

Suite 4311, Los Angeles, CA 90012-4565, the Notice of Removal to Federal Court and supporting papers to accomplish the removal of the action pending in the Superior Court of California in and for the County of Los Angeles, entitled *Greenway Nutrients, et al. v. John Mark Pierce, et al.*, Los Angeles County Superior Court Case No. 22STCV09854, to the United States District Court for the Central District of California.

Under 28 U.S.C. §§ 1332, 1441, and 1446, and Federal Rules of Civil Procedure, this action now will be placed on the docket of the aforementioned District Court for all further proceedings. A copy of the Notice of Removal and supporting papers will also be filed with the Clerk of the Los Angeles County Superior Court, as an attachment to the Notice to State Court of Removal to Federal Court.

DATED: May 16, 2022                     Respectfully submitted,

                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By: */s/ David M. Florence*
                                            David M. Florence
                                            Attorneys for Defendant Ward Damon, PL