

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

December 7, 2022

 Los Angeles Superior Court 
 111 North Hill Street 
 Los Angeles, CA 90012 

Re: Case Number:     2:22−cv−03322−MWF−AFM    
Previously Superior Court Case No.     22STCV09854    
Case Name:     Greenway Nutrients Inc. et al v. John Mark Pierce et al    

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     12/6/2022    , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Ingrid Valdes* 
Deputy Clerk
ingrid_valdes@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____     By: _____
Date                                                          Deputy Clerk