

## United States District Court
### Central District of California
### Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

December 7, 2022

*CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles
DEC 12 2022
Sherri R. Carter, Executive Officer/Clerk of Court*

Los Angeles Superior Court
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: __2:22-cv-03322-MWF-AFM__
Previously Superior Court Case No. __22STCV09854__
Case Name: __Greenway Nutrients Inc. et al v. John Mark Pierce et al__

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on __12/6/2022__, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012



Respectfully,

Clerk, U.S. District Court

By: /s/ Ingrid Valdes
Deputy Clerk
ingrid_valdes@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

12-12-2022
Date

By: __PAUL CRUZ__
Deputy Clerk

G-17 (02/19)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT